| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | RICHARD DALE MCDONALD | |
| Debtor 2 (Spouse, if filing) | DIANE T MCDONALD | |
| United States Bankruptcy Court for the: | District of Arizona (State) | |
| Case number | 4:22-bk-04724-BMW | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

**Court claim no.** (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 9691 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 09/27/2022 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 11/16/2022 | (7) | $ 20.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 08/08/2022 | (11) | $ 400.00 |
| 12. Other. Specify: Postponement Cost | 08/31/2022 (110.00) 10/27/2022(55.00)12/06/2022(55.00) | (12) | $ 165.00 |
| 13. Other. Specify: Postponement Fee | 08/31/2022 (200.00) 10/27/2022 (100.00)12/06/2022(100.00) | (13) | $ 400.00 |
| 14. Other. Specify: Publication Cost | 08/31/22022 | (14) | $ 65.00 |
| 15. Other Specify: Form 410/410A Loan Payment History 09/27/2022 | | | $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

| Debtor 1 | RICHARD DALE MCDONALD | Case number (if known) | 4:22-bk-04724-BMW |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date: 12/29/2022

Print: Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
      First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Avenue
Number   Street
Santa Ana, CA 92705
City   State   ZIP Code

Contact phone: ( 949 ) 427 – 2010

Email: bknotifications@ghidottiberger.com

| Invoice Date |
|---|
| 08/08/2022 |



| Invoice Number |
|---|
| 81583 |

Bill To: LPS/Invoice Management

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
www.GhidottiBerger.com

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. DIANE MCDONALD and RICHARD MCDONALD
Case Ref Number: 4:22-bk-04724-BMW
Property Address: 4790 NORTH OAKWOOD DRIVE, TUCSON , AZ 85749

Area of Law: Bankruptcy
BK Plan Review

Attorney: Melbalynn Fisher

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 08/08/2022 | 2019 Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $400.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $400.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $400.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $400.00 |

Thank you for the opportunity to be of service.

| Invoice Date | | Invoice Number |
|---|---|---|
| 08/31/2022 |  | 83467 |
| | | Bill To: LPS/Invoice Management |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. DIANE MCDONALD and RICHARD MCDONALD
Case Ref Number: 22-6086
Property Address: 4790 NORTH OAKWOOD DRIVE, TUCSON , AZ 85749

Investor: PRP
Area of Law: Non-Judicial Foreclosure                                     Attorney: Non-Judicial Foreclosures
                Non-Judicial Foreclosure - AZ

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 08/31/2022 | Postponement Cost 7.22.22 to 8.23.22 (Recoverable) | $55.00 |
| 08/31/2022 | Postponement Cost 8.23.22 to 10.25.22 (Recoverable) | $55.00 |
| 08/31/2022 | Postponement Fee 7.22.22 to 8.23.22 (Recoverable) | $100.00 |
| 08/31/2022 | Postponement Fee 8.23.22 to 10.25.22 (Recoverable) | $100.00 |
| 08/31/2022 | Publication Cost (Recoverable) | $65.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $0.00 |
| Total Costs This Invoice | $375.00 |
| Total Fees and Costs This Invoice | $375.00 |
| Previous Outstanding Balance | $0.00 |
| Total Balance Now Due | $375.00 |

Thank you for the opportunity to be of service.



| Invoice Date | | Invoice Number |
|---|---|---|
| 09/30/2022 | | 85990 |

Bill To: LPS/Invoice Management

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. DIANE MCDONALD and RICHARD MCDONALD
Case Ref Number: 4:22-bk-04724-BMW
Property Address: 4790 NORTH OAKWOOD DRIVE, TUCSON , AZ 85749

Investor: PRP
Area of Law:    Bankruptcy                                                                 Attorney: Erica Loftis -BK Staff Atty
                BK POC

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 09/28/2022 | Postage (Non-Recoverable) | $1.92 |

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 09/27/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 09/27/2022 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $1.92 |
| Total Fees and Costs This Invoice | $801.92 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $801.92 |

Thank you for the opportunity to be of service.

| Invoice Date |  | Invoice Number |
|---|---|---|
| 10/27/2022 |  | 87436 |
|  |  | Bill To: LPS/Invoice Management |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
www.GhidottiBerger.com

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. DIANE MCDONALD and RICHARD MCDONALD
Case Ref Number: 22-6086
Property Address: 4790 NORTH OAKWOOD DRIVE, TUCSON , AZ 85749

Investor: PRP

| Area of Law: | Non-Judicial Foreclosure | Attorney: Non-Judicial Foreclosures |
|---|---|---|
|  | Non-Judicial Foreclosure - AZ |  |

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 10/27/2022 | Postponement Cost 10.25.22 to 11.29.22 (Recoverable) | $55.00 |
| 10/27/2022 | Postponement Fee 10.25.22 to 11.29.22 (Recoverable) | $100.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $0.00 |
| Total Costs This Invoice | $155.00 |
| Total Fees and Costs This Invoice | $155.00 |
| Previous Outstanding Balance | $0.00 |
| Total Balance Now Due | $155.00 |

Thank you for the opportunity to be of service.

| Invoice Date | | Invoice Number |
|---|---|---|
| 12/06/2022 |  | 90537 |
| | | Bill To: LPS/Invoice Management |



**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
www.GhidottiBerger.com

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Ste 100
Irvine, CA 92618

RE: Rushmore Loan Management Services
vs. DIANE MCDONALD and RICHARD MCDONALD
Case Ref Number: 22-6086
Property Address: 4790 NORTH OAKWOOD DRIVE, TUCSON , AZ 85749

Investor: PRP
Area of Law:    Non-Judicial Foreclosure                                                           Attorney: Non-Judicial Foreclosures
                     Non-Judicial Foreclosure - AZ

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 12/06/2022 | Postponement Cost 11.29.22 to 1.30.23 (Recoverable) | $55.00 |
| 12/06/2022 | Postponement Fee 11.29.22 to 1.30.23 (Recoverable) | $100.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $0.00 |
| Total Costs This Invoice | $155.00 |
| Total Fees and Costs This Invoice | $155.00 |
| Previous Outstanding Balance | $0.00 |
| Total Balance Now Due | $155.00 |

Thank you for the opportunity to be of service.

# CERTIFICATE OF SERVICE

On December 29, 2022, I served the foregoing documents described as **Notice of Postpetition Mortgage Fees, Expenses, and Charges** on the following individuals,

By electronic means through the Court's ECF program:

Counsel for Debtors:
ROSS K. MEINERS    ross@meinerslaw.com

Chapter 13 Trustee:
DIANNE C. KERNS    mail@dcktrustee.com, ecf@dcktrustee.com, dckerns@dcktrustee.com

U.S Trustee:
U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV

By depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

Debtors:
RICHARD DALE MCDONALD
DIANE T MCDONALD
4790 N OAKWOOD DRIVE
TUCSON, AZ 85749

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ __Kaitlyn May_____
Kaitlyn May